IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RED LION RENEWABLES, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-cv-1113 |
| | § | (JURY TRIAL REQUESTED) |
| CHRISTOPHER S. HAFF; DRAGON | § | |
| CAPITAL, LLC; LING JUNCTION, | § | |
| LLC; BOE COMPANIES I through X; | § | |
| and DOES I through X, | § | |
| | § | |
| Defendants. | § | |

## WRIT OF ATTACHMENT

## THE STATE OF TEXAS

To the Sheriff or any Constable of any County of the State of Texas, greeting:

We command you that you attach forthwith so much of the property of **Christopher S. Haff**, **Dragon Capital, LLC, and Ling Junction, LLC**, if it be found in your county, repleviable on security, as shall be of value sufficient to make the sum of **$400,000.00**, and the probable costs of suit, to satisfy the demand of Red Lion Renewables, LLC, and that you keep and secure in your hands the property so attached, unless replevied, that the same may be liable to further proceedings thereon to be had before our court in ___Bexar___, County of ___Texas___. You will true return make of this writ on or before 10 a.m. of Monday, the _1_ day of _June_, 20_20_, showing how you have executed the same.

To  CHRISTOPHER S. HAFF Defendant:
     DRAGON CAPITAL, LLC
     LING JUNCTION, LLC

You are hereby notified that certain properties alleged to be owned by you have been attached. If you claim any rights in this property, you are advised:

YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT.

GIVEN under my hand and seal of office on ___May 29, 2020___ , the date of issuance.

[Seal]

JEANNETTE J. CLACK
[name]

CLERK, U.S. DISTRICT COURT
[District or County] Clerk

BEXAR _____ County, Texas

By: _____

Deputy   Rosanne M. Garza