# EXHIBIT A

MENU

**Obituary**　　Services　　Memories and Condolences

IN THE CARE OF

Sunset North Funeral Home



OBITUARY

# Christopher Sherrard Haff

**DECEMBER 9, 1967 – OCTOBER 4, 2020**



Christopher Sherrard Haff Born 12/09/1967 in St. Louis Missouri to Dr. and Mrs. Roderick C Haff. Chris attended Winston Churchill High School and graduated from Texas Military Institute (class of 1986), continuing on to Southern Methodist University where he studied Economics/Finance and graduated class of 1990. At SMU he was a proud member and rush chairman of the Alpha Tau Omega fraternity, where he made numerous lifelong friends. A serial entrepreneur, he was passionately pursuing his avocation up until his passing.

He is predeceased by his grandfathers; Christopher William Mitchell Ling and Alexander Haff, and his grandmothers; Priscilla Mary Ling, Blanche Haff, and Jean Ling, as well as his Uncle James Tateyama.

He is survived by, Catherine Holliman Cocke, son Christopher Haff, stepsons Marshall, Patton, and Thomas Cocke, daughter Alayna (Gabby) Haff, parents Roderick and Veronica Haff, brother Will Haff (wife Jenni, and children Laney(Ty and Crew) Tanner, Polly, Sam, and Pete.) brother Alexander (Rory) Haff, as well as Aunt Alexandra Haff Tateyama and numerous relatives.

We are saddened by his loss, but we celebrate his ineffable personality, indelible spirit, and inimitable capacity to love. Puffer never met a stranger, and his uniquely ebullient demeanor means the world is lesser for his loss; he will always be missed but never forgotten.

Chris had a lifelong love and affinity for animals; from dogs to horses to chickens to his favorite two friends: Otto and Ottolie. In lieu of flowers we are asking that any donations be directed towards:

The Farmyard Animal Sanctuary and Petting Zoo:

30250 Leroy Scheel Rd. Bulverde, TX 78163

Chris and I spoke many times about how we could help this organization and Cheri Hallisey protect her land and animals. She has given so much to the animals and children of this community and I know helping her would honor his memory.

We will be having a small family blessing at St. Marks in the next few weeks. We would like to follow that on Saturday December 5th with a large celebration of his life here at The Property in Bulverde with music, food and happy camaraderie to honor his wishes of a joyful farewell rather than a mournful goodbye. Everyone who knew Chris is welcome and the entire event will be held outdoors in the interest of social distancing.

SEE LESS



Case 5:19-cv-01113-DAE   Document 57-1   Filed 11/24/20   Page 4 of 8

SEND FLOWERS　　ADD A MEMORY　　SHARE OBITUARY　　RECEIVE NOTIFICATIONS

# Services

**NO PUBLIC SERVICES ARE SCHEDULED AT THIS TIME. RECEIVE A NOTIFICATION WHEN SERVICES ARE UPDATED.**

RECEIVE NOTIFICATIONS　　SHARE OBITUARY　　SHOW YOUR SUPPORT

---

# Memories

## Christopher Sherrard Haff

**ALL MEMORIES**　　FROM THE FAMILY

[ ADD A MEMORY ]　　SEND FLOWERS

**Brad Schimmel**
October 14, 2020

*Fair well Puff you were a great guy and it was a pleasure growing up with you. The last time we saw each other was on a Southwest flight 10 years ago and we had a drink during our*

hour long flight. You hadn't changed.

### Harriet Porterfield
October 13, 2020

*Rod and Vickie--My heart is breaking for you. I am praying that God will help you bear this heavy load of sorrow. Puffer was such a terrific kid, and I know he must have been a wonderful man. I pray that the memories you have of him will help you bear the pain of his loss. May God be with you during this terrible time.*
*Love,*
*Harriet Porterfield*

### Tim Taylor
October 10, 2020

*Our heartfelt condolences go out to all of "Puff's" many friends and family. We will always remember his razor sharp wit, his ever-present smile, and his larger than life personality. He was truly one-of-a-kind.*
*– Tim and Marci Taylor*

### Melissa Madden-Clark
October 10, 2020

*My heart and prayers go out to the family. Chris "puffer" as we all called him was loved by so many. He was always the spirted one that could put everyone in a great mood! He will be forever remembered as a cherished memory.*
*With My deepest sympathy,*

*Melissa*

*Winston Churchill, Class of 1986*





**Jesse Wimmer**

October 9, 2020

*My sincere condolences to the Haff and Cocke families. My heart goes out to you all. I will remember Puff for all the good times we shared as young men and his larger than life personality. A house full of family, friends, dogs and cats of all shapes and sizes. Always open and always welcoming. We left well-fed, but not-so-well rested. I am so thankful for Dr. and Mrs. Haff's love and generosity, as it was made apparent in the lives of their children. Wish we could all hop in the "Fruck", throw in Journey or the Top Gun soundtrack, take "the dip" over by Coker, and head back to the guest house for one more swim. Rest in Peace, DB. You are missed.*

FROM THE FAMILY

*Learn more about the Haff name*

VISIT ANCESTRY.COM

ABOUT US        CONTACT US        CAREERS        PRIVACY POLICY        TERMS OF SERVICE
ACCESSIBILITY        DO NOT CALL

© 2020 SCI SHARED RESOURCES, LLC. ALL RIGHTS RESERVED

This site is provided as a service of SCI Shared Resources, LLC. The Dignity Memorial brand name is used to identify a network of licensed funeral, cremation and cemetery providers that include affiliates of Service Corporation International, 1929 Allen Parkway, Houston, Texas. With over 2,000 locations, Dignity Memorial providers proudly serve over 375,000 families a year.