IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RED LION RENEWABLES, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| CHRISTOPHER S. HAFF; DRAGON CAPITAL, LLC; LING JUNCTION, LLC; BOE COMPANIES I through X; and DOES I through X, | § § § § § | CIVIL ACTION NO. 5:19-cv-1113 (JURY TRIAL REQUESTED) |
| Defendants. | § § § | |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY IN LIGHT OF DEFENDANT CHRISTOPHER S. HAFF'S DEATH

BEFORE THE COURT is Plaintiff Red Lion Renewables, LLC's Motion for Substitution of Party (Dkt. __) filed pursuant to Fed. R. Civ. P. 25(a)(1) and Tex. R. Civ. P. 152. This matter was submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein, and is fully informed. Plaintiff seeks to substitute Defendant Christopher S. Haff's heirs in light of Defendant Haff's death and the Court **GRANTS** such substitution. **IT IS HEREBY ORDERED**:

Plaintiff's Motion for Substitution is **GRANTED**.

Defendant Christopher S. Haff's heirs listed here shall be substituted into this matter as representatives of Christopher S. Haff's estate:

- Catherine A. Holliman Cocke, Defendant's widow
- Christopher Francisco Haff, Defendant's son
- Alayna Gabrielle "Gabby" Haff, Defendant's daughter

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION

- Veronica Ling Haff, Defendant's mother

- Alexander Mcaskill Haff, Defendant's brother

- William Otis Haff, Defendant's brother

**IT IS SO ORDERED.**

      **SIGNED** on _____, 20\_\_.

_____
David Alan Ezra
Senior United States District Judge